```
 1  JAMES D. BOYLE, ESQ.
    Nevada Bar No. 08384
 2  NATHAN R. HENDERSON, ESQ.
    Nevada Bar No. 13145
 3  HOLLEY, DRIGGS, WALCH
    PUZEY & THOMPSON
 4  400 South 4th Street, Third Floor
    Las Vegas, Nevada 89101
 5  Telephone:   702/791-0308
    Facsimile:   702/791-1912
 6
```

*Attorneys for DigiDeal Corporation*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGIDEAL CORPORATION, <br><br> Defendant. | CASE NO.:   2:12-cv-01782-GMN-VCF <br><br> **STIPULATION AND ORDER OBLIGATING SUBSTITUTE COUNSEL TO TERMS AND CONDITIONS OF STIPULATED PROTECTIVE ORDER** |

    James D. Boyle, Esq. and Nathan R. Henderson, Esq., and the law firm of Holley, Driggs, Walch, Puzey & Thompson (collectively, "HDW"), as substitute counsel of record for Defendant DigiDeal Corporation ("DigiDeal") (*see* Dkt. No. 107), hereby provide stipulated notice of being immediately bound to the terms and conditions of the Stipulated Protective Order entered in this action (Dkt. No. 41).  HDW hereby acknowledges its duties, obligations and responsibilities pursuant to the Stipulated Protective Order as DigiDeal's Outside Counsel of Record, as if HDW was an original signator thereto.

    HDW makes these representations for the purposes of obtaining, reviewing, possessing and protecting any and all Disclosures, Discovery Material, and/or Protected Material produced or disclosed in this action by Plaintiff SHFL Entertainment, Inc. ("SHFL") or by any third party ("Third Party Disclosures"), in full compliance with the terms and conditions of the Stipulated Protective Order.

    James J. Pisanelli, Esq. and Christopher R. Miltenberger, Esq. of the law firm Pisanelli Bice PLLC, and Kimball R. Anderson, Esq. and Howard I. Shin, Esq. of the law firm Winston &

Strawn LLP hereby stipulate to HDW's notice and acknowledgement set forth above, and hereby consent to HDW obtaining, reviewing, possessing and protecting any and all Disclosures, Discovery Material, and/or Protected Material produced or disclosed in this action by SHFL or as any Third Party Disclosures, pursuant to the terms and conditions of the Stipulated Protective Order.

Dated: October 1, 2014

Dated: October 1, 2014

/s/ Christopher R. Miltenberger
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 04027
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
PISANELLI BICE PLLC
400 South Seventh Street, Suite 300
Las Vegas, Nevada 89101

KIMBALL R. ANDERSON, ESQ.
*Admitted Pro Hac Vice*
HOWARD I. SHIN
*Admitted Pro Hoc Vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

*Attorneys for SHFL Entertainment, Inc.*

/s/ James D. Boyle
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
NATHAN R. HENDERSON, ESQ.
Nevada Bar No. 13145
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Digideal Corporation*

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2014

06451-06/1397746_2.doc

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 1st day of October, 2014, I caused the document entitled **STIPULATION AND ORDER OBLIGATING SUBSTITUTE COUNSEL TO TERMS AND CONDITIONS OF STIPULATED PROTECTIVE ORDER**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| James J. Pisanelli, Esq.<br>JJP@pisanellibice.com<br>Christopher R. Miltenberger, Esq.<br>CRM@pisanellibice.com<br>Pisanelli Bice PLLC<br>400 South Seventh Street, Suite 300<br>Las Vegas, Nevada  89101 | SHFL Entertainment, Inc. | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Kimball R. Anderson, Esq.<br>kanderson@winston.com<br>Howard I. Shin, Esq.<br>hshin@winston.com<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois  60601 | SHFL Entertainment, Inc. | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

DATED this 1st day of October, 2014.

_____
An employee of Holley, Driggs, Walch
Puzey & Thompson

06451-06/1397746_2.doc