UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-114 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| LISA KIM, | |
| Defendant(s). | |

The calendar call currently set for May 18, 2015, to determine the order of sentencings in these cases, is hereby canceled. The schedule of sentencing hearings for the remaining defendants who do not have a sentencing date will be as follows:

| DEFENDANT | DATE | TIME | CASE NUMBER(S) |
|---|---|---|---|
| Mary Ann Watts | May 18, 2015 | 9:30 a.m. | 2:11-cr-336-JCM-GWF-001 |
| Rosalio Alcantar | May 18, 2015 | 10:00 a.m. | 2:12-cr-113-JCM-VCF-001 |
| Patrick Bergsrud | May 18, 2015 | 10:30 a.m. | 2:12-cr-113-JCM-VCF-002 |
| Robert Bolten | May 18, 2015 | 11:00 a.m. | 2:12-cr-113-JCM-VCF-003 |
| | | | |
| Glenn Brown | May 19, 2015 | 9:30 a.m. | 2:12-cr-113-JCM-VCF-004 |
| Michelle Deluca | May 19, 2015 | 10:00 a.m. | 2:12-cr-113-JCM-VCF-006 |
| Charles Hawkins | May 19, 2015 | 10:30 a.m. | 2:12-cr-113-JCM-VCF-007 |
| Sami Hindiyeh | May 19, 2015 | 11:00 a.m. | 2:12-cr-113-JCM-VCF-008 |
| | | | |
| Brian Jones | May 20, 2015 | 9:30 a.m. | 2:12-cr-113-JCM-VCF-009 |
| Lisa Kim | May 20, 2015 | 10:00 a.m. | 2:12-cr-113-JCM-VCF-010 |
| | | | 2:12-cr-114-JCM-VCF-002 |
| Morris Mattingly | May 20, 2015 | 10:30 a.m. | 2:12-cr-113-JCM-VCF-011 |
| Jeanne Winkler | May 20, 2015 | 11:00 a.m. | 2:12-cr-113-JCM-VCF-014 |

**James C. Mahan**
**U.S. District Judge**

| | | | |
|---|---|---|---|
| Ricky Anderson | May 21, 2015 | 9:30 a.m. | 2:13-cr-018-JCM-GWF-005 |
| Maria Limon | May 21, 2015 | 10:00 a.m. | 2:13-cr-018-JCM-GWF-006 |
| Jose Luis Alvarez | May 21, 2015 | 10:30 a.m. | 2:13-cr-018-JCM-GWF-007 |
| Rudolfo Alvarez-Rodriguez | May 21, 2015 | 11:00 a.m. | 2:13-cr-018-JCM-GWF-008 |
| | | | |
| | | | |
| Barry Levinson | May 22, 2015 | 9:30 a.m. | 2:14-cr-010-JCM-VCF-001 |
| SEALED | May 22, 2015 | 10:00 a.m. | SEALED |

DATED April 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -