Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Lisa Kim**

Case Number:  **2:12CR00114/2:12CR0114**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 20, 2014**

Original Offense: **Conspiracy to Commit Mail and Wire Fraud/Misprison of a Felony**

Original Sentence: **1 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 20, 2015**

## SUMMARY

Ms. Kim is requesting international travel to Rome and Florence, Italy from March 18, 2016- March 27, 2016.  Her daughter is participating in a study abroad program and Ms. Kim would like the chance to visit her daughter during this unique opportunity.  Ms. Kim would be traveling with a large group of family members and has provided her airline itinerary and lodging information.

Ms. Kim is currently in compliance with all conditions of her supervision.  She recently completed 8 months of Home Confinement with Location Monitoring, 100 hours of community service and she has no outstanding financial obligations with the Court.  This writer is not opposed to Ms. Kim's travel request, as she has made a significant effort to satisfy her court ordered conditions of supervision.

Respectfully submitted,

Elizabeth A. Olson
2016.02.08
11:35:22 -08'00'

Elizabeth A. Olson
United States Probation Officer

RE: Lisa Kim

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

*[signature]*  Todd Fredlund
2016.02.05 10:37:43
-08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

X   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

*[signature]*
Signature of Judicial Officer

February 11, 2016
Date